

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00877-CV

Angel L. **SUAREZ**,
Appellant

v.

**SAN MARCOS AIRPORT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018-CV-04527
Honorable Karen Crouch, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on December 12, 2018.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.

Keith E. Hottle, Clerk of Court